AO 442 (Rev. 12/85) Warrant for Arrest  AUSA PAUL F. SCHWARTZ    FBI S/A JOE CICINI

# United States District Court

SOUTHERN _____ DISTRICT OF _____ FLORIDA

UNITED STATES OF AMERICA

V.

JAMES TRAVERS

**WARRANT FOR ARREST**

CASE NUMBER: 00-6154
CR-JORDAN
MAGISTRATE JUDGE
BANDSTRA

TO:   The United States Marshal
      and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ JAMES TRAVERS _____
Name

and bring him forthwith to the nearest magistrate to answer a(n)

☒ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him with (brief description of offense) RICO conspiracy, Illegal gambling business

in violation of Title 18 United States Code, Section(s) 1962(d), 1955

CLARENCE MADDOX
Name of Issuing Officer

COURT ADMINISTRATOR\CLERK OF THE COURT
Title of Issuing Officer

Signature of Issuing Officer

6/6/00 - Fort Lauderdale, Florida
Date and Location

Bail fixed at $100,000 Personal Surety Bond - DO NOT
LODGE OVERNIGHT

by   BARRY S. SELTZER
     UNITED STATES MAGISTRATE JUDGE
     Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |