UNITED STATES DISTRICT COURT
Southern District of Florida

UNITED STATES OF AMERICA ) Case Number: CR 00-6154-Jordan
          Plaintiff )
              -vs- ) REPORT COMMENCING CRIMINAL
                  )       ACTION
James Paul Travers Jr. ) 55358-004   33368-004
          Defendant
********************************************************

TO: Clerk's Office    MIAMI  (FT. LAUDERDALE)   W. PALM BEACH
    U.S. District Court           (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
      MAGISTRATES COURT ABOVE
********************************************************

All items are to be completed. Information not applicable or unknown will be indicated "N/A".

(1) Date and Time of Arrest: 6/21/00     7:00 am/pm

(2) Languge Spoken: English

(3) Offense(s) Charged: RICO Title 18 1962(d) 1955

(4) U.S. Citizen [X] Yes  [ ] No  [ ] Unknown

(5) Date of Birth: 5/7/49

(6) Type of Charging Document: (check one)
    [X] Indictment [ ] Complaint  To be filed/Already filed
    Case # 00 6154

    [ ] Bench Warrant for Failure to Appear
    [ ] Probation Violation Warrant
    [ ] Parole Violation Warrant

    Originating District: Southern Florida

    COPY OF WARRANT LEFT WITH BOOKING OFFICER  [X] YES [ ] NO

Amount of Bond: $_____
Who set Bond: _____

(7) Remarks:

(8) Date: 6/21/00    (9) Arresting Officer: SA Willie J. Creech, FBI

(10) Agency: FBI          (11) Phone: 305-944-9101

(12) Comments:

Rec'd in MIA DKT  6/26

26/28