COURT MINUTES

U. S. MAGISTRATE JUDGE **LURANA S. SNOW** - FT. LAUDERDALE, FLORIDA

DEFT: JAMES TRAVERS          (J)   CASE NO: 00-6154-CR-JORDAN
954 472-2448 *res*
AUSA: PAUL SCHWARTZ              ATTY: _____

AGENT: FBI                       VIOL: 18:1956(h)

PROCEEDING I/A ON SEALED INDICT.   RECOMMENDED BOND 100,000 PERS. SURETY

BOND HEARING HELD - yes/no         COUNSEL APPOINTED Philip Horowitz

BOND SET @ 100,000 PSB

SPECIAL CONDITIONS:

1) To be cosigned by: as directed

2) Rpt to PTS ___ x's a wk/month by phone; ___ x's a wk/month in person

3) Travel extended to:

Advised of charges - sworn for
Counsel - CJA to be app't'd

Reading of Indictment Waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested

NEXT COURT APPEARANCE:   INQUIRY RE COUNSEL:

                         PTD/BOND HRG:

                         PRELIM/ARRAIGN:

                         REMOVAL HRG:

                         STATUS CONF: N/C

Date: 6/21/00   Time: 11:00   FTL/LSS TAPE #00-030   Begin: 2663   End:

Re-call 00-031 @ 37

Rec'd in MIA Dkt 6/26

39/g