UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6154-CR-JORDAN

UNITED STATES OF AMERICA

vs

JAMES TRAVERS

ARRAIGNMENT INFORMATION SHEET

*[FILED stamp: JUN 2 [1] 2000, CLARENCE MADDOX, CLERK U.S. DIST. CT., S.D. OF FLA. FT. LAUD.]*

The above named Defendant appeared before Magistrate Judge Lurana S. Snow on JUNE 21, 2000, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT:              Address: ON BOND FORM

                        Telephone: _____

DEFENSE COUNSEL:        Name: PHILIP HOROWITZ, ESQ.

                        Address: _____

                        Telephone: _____

BOND SET/CONTINUED:     $ 100,000 PERSONAL SURETY

Bond hearing held: yes_____ no____  Bond hearing set for_____

Dated this 21ST day of JUNE ,2000.

CLARENCE MADDOX
COURT ADMINISTRATOR/CLERK OF COURT

By: *[signature]*
Deputy Clerk

Tape No. 00-0030

cc: Copy for Judge
    U. S. Attorney

56/