AO 442 (Rev. 12/85) Warrant for Arrest    AUSA PAUL F. SCHWARTZ    FBI S/A JOE CICINI

# United States District Court

SOUTHERN _____ DISTRICT OF _____ FLORIDA  481484

UNITED STATES OF AMERICA

V.

JAMES TRAVERS

TO: The United States Marshal
and any Authorized United States Officer

**WARRANT FOR ARREST**

CASE NUMBER: 00-6154
CR - JORDAN
MAGISTRATE JUDGE
BANDSTRA

YOU ARE HEREBY COMMANDED to arrest _____ JAMES TRAVERS _____

Name

and bring him forthwith to the nearest magistrate to answer a(n)

☒ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him with (brief description of offense) RICO conspiracy, Illegal gambling business

in violation of Title 18 United States Code, Section(s) 1962(d), 1955

CLARENCE MADDOX
Name of Issuing Officer

[signature]
Signature of Issuing Officer

COURT ADMINISTRATOR\CLERK OF THE COURT
Title of Issuing Officer

6/6/00 - Fort Lauderdale, Florida
Date and Location

Bail fixed at $100,000 Personal Surety Bond - DO NOT LODGE OVERNIGHT

by BARRY S. SELTZER [signature]
UNITED STATES MAGISTRATE JUDGE
Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above defendant at
Ft. Lauderdale, FL

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 6/6/00 | James A. Tassone, US Marshal | |
| DATE OF ARREST 6/21/00 | FOR: FBI | Fred Depompa, SDUSM |

83/5