UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6154-CR-JORDAN

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | ) |
| | ) |
| REYNOLDS MARAGNI, et al. | ) |
| | ) |
| _____ | ) |

FILED by JAC D.C.
MAG SEC.
JUN 2 8 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

**ORDER OF RECUSAL AND ORDER OF REASSIGNMENT**

This matter was pending in the United States Attorney's Office prior to October 1, 1999. As a result, I recuse myself pursuant to 28 U.S.C. § 455(a).

Done and ordered in chambers in Miami, Florida, this 26th day of June, 2000.

_____
Adalberto Jordan
United States District Judge

In accordance with the Local Rules for the Southern District of Florida, providing for the random and equal allotment of cases, this cause will be reassigned to the calendar of District Judge  WILLIAM P. DIMITROULEAS .

Copies of this order shall be served on all pending parties of record by U.S. Mail. All documents for filing in this case shall carry the following case number and designation: Case No. 00-6154-CR-DIMITROULEAS/Snow

By Order of the Court this  28  day of  JUNE , 2000, in June, Florida.

Clarence Maddox, Clerk of Court

By: Maedon Clark
Deputy Clerk