## CRIMINAL MINUTES

FILED by _____ D.C.

AUG 4 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

---

CASE NUMBER: 00-6154-CR-WPD    DATE: August 4, 2000

COURTROOM CLERK: Karen A. Carlton    COURT REPORTER: Bob Ryckoff

PROBATION: _____    INTERPRETER: _____

UNITED STATES OF AMERICA    VS. Reynolds Maragni, et al

U.S. ATTORNEY: Paul Schwartz    DEFT. COUNSEL: See attached

REASON FOR HEARING: Calendar Call / Status Conference

RESULT OF HEARING: Dfts' joint motion to continue are granted. Court finds that the time from today until trial is deemed excludable under Speedy Trial Act.

Pretrial motion deadline is 9/11/00

JUDGMENT: _____

CASE CONTINUED TO: 10/20/00    TIME: 9:00    FOR: Cal. Call
MISC: 10/23/00    9:00    2 week trial period

## UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA

**Honorable William P. Dimitrouleas**  **Courtroom 203E**

  

### Calendar

| Start | End | Category | Description |
|---|---|---|---|
| **4** 9:00 AM Aug 2000 |  | Calendar Call/Status Conference | 00-6154-CR-WPD<br>UNITED STATES OF AMERICA<br>Paul Schwartz, AUSA<br><br>VS.<br><br>REYNOLDS MARAGNI (B)<br>Allen Kaufman, Esq.<br>563-6624<br><br>JOSEPH ROTUNNO (J) #55368-004<br>H. Dohn williams, Esq.<br>523-5432<br><br>PERCY MORRIS (J) # 55353-004<br>William Norris, Esq.<br>305-860-0988<br><br>BERT CASKILL (B)<br>Dennis Bodard, Esq. *Kelly Rork for*<br>305-530-0795<br><br>GARY BRAESEKE (B)<br>James Stark, Esq.<br>522-3307<br><br>EMRO CAPRI (B)<br>Martin Bidwill, AFPD *+ Robert Berube*<br>356-7436<br><br>DANIEL MEISEL (B) *- Reset to 8/8 @ 8:15*<br>Herbert Cohen, Esq.<br>766-8820<br><br>WILLIAM HAWKINS<br>Simon Steckle, Esq.<br>305-373-1900<br><br>JAMES TRAVERS (B)<br>Philip Horowitz, Esq.<br>305-232-1949<br><br>MARTIN ZARCADOOLAS (B)<br>Raymond Miller, Esq. *← David Vinikor*<br>462-3668<br><br>MICHAEL EDDY (B)<br>John Cotrone, Esq.<br>779-7773 |

**Honorable William P. Dimitrouleas**      **Courtroom 203E**



### Calendar

| Start | End | Category | Description |
|---|---|---|---|
| **4** Aug 2000 9:00 AM | | Calendar Call/Status Conference | 00-6154-CR-WPD<br><br>UNITED STATES OF AMERICA<br>Paul Schwartz, AUSA<br><br>VS.<br><br>KAISER AKEL (B) — *Reset 8/8 @ 8:45*<br>Michael Dutko, Esq.<br>452-1007<br><br>RICHARD D'ONOFRIO (B)<br>Thomas Sclarani, Esq. *Michael Hursey /72*<br>761-7201<br><br>SCOTT MILLER (B) — *Reset 8/8 @ 8:45*<br>Herbert Cohen, Esq.<br>766-8820<br><br>JEANNE BROOKS (B)<br>Michael Hursey, Esq. |
| 9:05 AM | | Calendar Call/Status Conference | 95-232-CR-WPD<br><br>UNITED STATES OF AMERICA<br>Lois Foster-Steers, AUSA<br><br>VS.<br><br>DAVID JOBSON (J) # 46631-004<br>Philip Horowitz, Esq. |
| 11:00 AM | | Sentencing | 99-575-CR-WPD<br><br>UNITED STATES OF AMERICA<br>Dana Washington, AUSA<br><br>VS.<br><br>ANGEL BLANCO (B)<br>Joaquin Perez, Esq.<br>305-261-4000<br><br>SPANISH INTERPRETER REQUIRED |