**CRIMINAL MINUTES**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

FILED by _____ D.C.
SEP 27 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD

CASE NUMBER: 00-6154-CR-WPD   DATE: September 27, 2000

COURTROOM CLERK: Karen A. Carlton   COURT REPORTER: Bob Ryckoff

PROBATION: _____   INTERPRETER: _____

UNITED STATES OF AMERICA   VS.   James Travers

U.S. ATTORNEY: Paul Schwartz   DEFT. COUNSEL: Philip Horowitz

REASON FOR HEARING: Change of plea

RESULT OF HEARING: Deft sworn & questioned by the Court. Deft to enter Guilty plea to Count 2. Gvt agrees to dismiss Count 1 @ time of sentencing.

Court accepts Guilty plea

CASE CONTINUED TO: 12/8/00   TIME: 3:00   FOR: Sentencing
MISC: written plea agreement filed