UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

NOV 24 2000

CLARENCE MADDOX
CLK OF U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES OF AMERICA

V.  CASE NO. 00-6154-CR-DIMITROULEAS

JAMES TRAVERS

TYPE OF CASE:         CRIMINAL

TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN **RE-SET** AS FOLLOWS:

PLACE:
299 E. BROWARD BLVD.            COURTROOM 203E
FT. LAUDERDALE, FL 33301        DATE & TIME:
                                **December 15, 2000 AT 3:00 P.M.**
                                **(Previously set for December 8, 2000 at 3:00 )**

TYPE OF         SENTENCING
HEARING:

CLARENCE MADDOX,
CLERK OF COURT

BY DEPUTY CLERK

DATE: November 24, 2000

cc:  Paul Schwartz AUSA
     Philip Horowitz, Esq.
     United States Probation Office

