UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6154-CR-DIMITROULEAS

UNITED STATES OF AMERICA,      )
            Plaintiff,         )
                               )
v.                             )
                               )
JAMES TRAVERS,                 )
            Defendant.         )
_____)



### GOVERNMENT'S MOTION FOR REDUCTION OF SENTENCE PURSUANT TO U.S.S.C. § 5K1.1

The United States of America, by and through the undersigned Assistant United States Attorney, pursuant to U.S.S.C. §5K1.1 and 18 U.S.C. §3553(e) respectfully requests that the Court depart from the Sentencing Guidelines based upon the following:

The defendant has provided substantial assistance in the investigation of other persons who have committed violations of federal law.

The government respectfully requests the opportunity to fully inform the Court, at time of sentencing, as to the substance of the defendant's cooperation with the government.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By: _____
PAUL F. SCHWARTZ
ASSISTANT UNITED STATES ATTORNEY
Court I.D. #A5500086
500 E. Broward Blvd., 7th Floor
Fort Lauderdale, Florida 33394
Telephone:  (954) 356-7392
Facsimile:  (954) 356-7230

**CERTIFICATE OF SERVICE**

I HEREBY certify that a true and correct copy of the foregoing was mailed this ___7___ day of ___Dec___, 2000, to:

Philip R. Horowitz, Esquire
Southpark Centre
12651 S. Dixie Highway
Miami, FL 33156

*[signature]*

PAUL F. SCHWARTZ
ASSISTANT UNITED STATES ATTORNEY