UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6154-CR-DIMITROULEAS

UNITED STATES OF AMERICA,

        Plaintiff,

v.

JAMES TRAVERS,

        Defendant.
_____/



### GOVERNMENT'S RESPONSE TO DEFENDANT TRAVERS OBJECTION TO THE PRESENTENCE INVESTIGATION REPORT

Comes now the United States of America by and through undersigned government counsel and respectfully responds to defendants objections to the presentence investigation report as follows:

1. Defendant objects to paragraphs twenty-five and fifty-eight of the presentence investigation. Government responds: The defendant never had the authority or permission of the government to act in any undercover capacity nor to engage in any illegal activities. The government relies on the information supplied by the Probation Office regarding the defendants employment record.

2. Defendant objects to paragraphs forty-one, forty-eight, fifty and sixty. Government responds: The government has no objection to the defendant's allegations.

3. Defendant objects to paragraphs twenty-four, twenty-five, thirty-one, and thirty-four of the presentence investigation. Government responds: The government relies on

the information supplied by the Probation Office and supports its conclusions regarding adjustment for obstruction of justice and acceptance of responsibility.

Wherefore based upon the foregoing the government respectfully requests that defendants objections to the presentence investigation be denied.

           Respectfully submitted,

           GUY A. LEWIS
           UNITED STATES ATTORNEY

BY: _____
    PAUL F. SCHWARTZ
    ASSISTANT UNITED STATES ATTORNEY
    COURT ID# A5500086
    500 E. Broward Blvd., Ste. 700
    Ft. Lauderdale, FL 33394-3002
    Tel: (954) 356-7392
    Fax: (954) 356-7230

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed, prepaid postage on this _11_ day of December, 2000, to: Philip Horowitz, Esq. Suite #28-Southpark Centre, 12651 South Dixie Highway, Miami, FL 33156.

PAUL F. SCHWARTZ
ASSISTANT UNITED STATES ATTORNEY

3