**CRIMINAL MINUTES**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

FILED by _W_ D.C.
DEC 15 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NUMBER: 00-6154-CR-WPD    DATE: December 15, 2000

COURTROOM CLERK: Karen A. Carlton    COURT REPORTER: Bob Ryckoff

PROBATION: Ed Cooley    INTERPRETER: _____

UNITED STATES OF AMERICA  VS.  James Travers

U.S. ATTORNEY: Paul Schwartz    DEFT. COUNSEL: Philip Horowitz
Harry Kavecchio

REASON FOR HEARING: Sentencing

RESULT OF HEARING: Sentence imposed; 5 years probation with the first 180 days to be spent in home confinement w/ electronic monitoring at deft's expense, $5,000.00 fine, $100.00 assessment, to perform 50 hours of community service per year while on probation

CASE CONTINUED TO: _____ TIME: _____ FOR: _____

MISC: 5K1.1 motion filed & granted