PROB 12C  
(SD/FL 9/96)

SD/FL PACTS No. 13721

# United States District Court

for

### SOUTHERN DISTRICT OF FLORIDA

**Petition for Warrant or Summons for Offender Under Supervision**

Name of Offender: James Travers        Case Number: 00-6154-CR-DIMITROULEAS

Name of Sentencing Judicial Officer: The Honorable William P. Dimitrouleas, U.S. District Judge

Date of Original Sentence: 12/15/2000

| | |
|---|---|
| Original Offense: | Participation in an Illegal Gambling Business, in violation of Title 18, U.S. Code, Section 1955, a Class D felony. |
| Original Sentence: | Five (5) years probation. Special Conditions include the following: 180 days Electronic Monitoring; 50 hours of community service per year; maintain full time, legitimate employment and not to be unemployed for more than thirty (30) days and complete financial disclosure. |

Type of Supervision: Probation        Date Supervision Commenced: December 15, 2000

Assistant U.S. Attorney:        Defense Attorney:  
Paul Schwartz        Philip R. Horowitz

---

## PETITIONING THE COURT

[ ]  To issue a warrant  
[X]  To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | **Violation of Special Condition**, by failing to maintain full time, legitimate employment and not be unemployed for a period of more than thirty days. Since on or about October 22, 2001, the probationer self-terminated his employment with Miami Promotions located at 1380 Northeast 185th Street, Suite No. 166, Miami, Florida, and to date, has failed to obtain full-time, acceptable employment. |



PROB 12C  
(SD/FL 9/96)  

SD/FL PACTS No. 13721

U.S. Probation Officer Recommendation:

[ ]  The term of supervision should be revoked.

[ ]  extended for _ years, for a total term of _ years.

[X]  The conditions of supervision should be modified as follows:

   The defendant shall reside at and participate in a community corrections center for a period not to exceed ninety days, or until otherwise released at the direction of the U.S. Probation Officer.

                                   Respectfully submitted,

                          by       *[signature]*
                                   Mark Ciolek
                                   U.S. Probation Officer
                                   Phone: (954) 769-5585
                                   Date: December 26, 2001

---

THE COURT ORDERS:

[ ]  No Action  
[X]  The Issuance of a Warrant  
[ ]  The Issuance of a Summons  

*[signature]*  
Signature of Judicial Officer

December 31, 2001  
Date