PROB 19

# UNITED STATES DISTRICT COURT

for

## SOUTHERN DISTRICT OF FLORIDA

U.S.A. vs James Travers

TO:[1] Any United States Marshal

Docket No. 00-6154-CR-DIMITROULEAS
SD/FL PACTS No. 13721

| WARRANT FOR ARREST OF PROBATIONER | | | |
|---|---|---|---|
| You are hereby commanded to arrest the within-named probationer and bring him or her, forthwith, before the United States District Court to answer charges that he or she violated the conditions of his or her probation imposed by the court. | | | |
| NAME OF PROBATIONER<br>James Travers | SEX<br>Male | RACE<br>White | AGE<br>52 |
| ADDRESS (STREET,CITY,STATE)<br>13500 SW 26 Street, Davie, Florida 33325 | | | |
| PROBATION IMPOSED BY (NAME OF COURT)<br>Honorable William P. Dimitrouleas, United States District Judge, Southern District of Florida, Fort Lauderdale | DATE IMPOSED<br>December 15, 2000 | | |
| TO BE BROUGHT BEFORE (NAME OF COURT,CITY,STATE)<br>Honorable William P. Dimitrouleas, United States District Judge, Southern District of Florida, Fort Lauderdale | | | |
| CLERK<br>Clarence Maddox | (BY) DEPUTY CLERK | DATE<br>JAN - 3 2002 | |

| RETURN | | |
|---|---|---|
| Warrant received and executed. | DATE RECEIVED<br>1/4/02 | DATE EXECUTED<br>1/8/02 |
| EXECUTING AGENCY (NAME AND ADDRESS)<br>USMS  Ft. Lauderdale, FL | | |
| NAME  Edward Stubbs, Acting<br>US Marshal  S/D  FL | (BY)<br>Barry Golde, ASBUSM | DATE<br>1/8/02 |

[1] Insert designation of officer to whom the warrant is issued, e.g. "any United States Marshal or any other authorized officer;" or "United States Marshal for _____ District of _____ ;" or "any United States Marshal;" or "any Special Agent of the Federal Bureau of Investigation;" or "any United States Marshal or any Special Agent of the Federal Bureau of Investigation;" or "any agent of the Alcohol Tax Unit."