UNITED STATES DISTRICT COURT
Southern District of Florida

U.S. Marshal # 33368-004

UNITED STATES OF AMERICA )
      Plaintiff ) Case Number: CR 00-654-Cr-Dim
) REPORT COMMENCING CRIMINAL
-vs- ) ACTION
)
Travers, James )
      Defendant

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

TO: Clerk's Office    MIAMI   (FT. LAUDERDALE)    W. PALM BEACH
     U.S. District Court        (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
      MAGISTRATES COURT ABOVE
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

All items are to be completed. Information not applicable or unknown will be indicated "N/A".

(1) Date and Time of Arrest: 1-8-02  9:30 (am)/pm

(2) Language Spoken: English

(3) Offense(s) Charged: Prob. viol

(4) U.S. Citizen [✓] Yes [ ] No [ ] Unknown

(5) Date of Birth: 5-7-49

(6) Type of Charging Document: (check one)
     [ ] Indictment  [ ] Complaint  To be filed/Already filed
     Case# _____

     [ ] Bench Warrant for Failure to Appear
     [ ] Probation Violation Warrant
     [ ] Parole Violation Warrant

     Originating District: S/Fla

     COPY OF WARRANT LEFT WITH BOOKING OFFICER [ ] YES [ ] NO

Amount of Bond: $ _____
Who set Bond: Snow

(7) Remarks: _____

(8) Date: 1-8-02 (9) Arresting Officer: _____

(10) Agency: USMS (11) Phone: _____

(12) Comments: _____