# COURT MINUTES

## U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA

DEFT: JAMES TRAVERS (J)  CASE NO: 00-6154-CR-DIMITROULEAS
AUSA: PAUL SCHWARTZ /Rosenthal  ATTY: PHIL HOROWITZ — reappointed
AGENT:  VIOL: PROBATION
PROCEEDING: I/A ON VIOLATION  RECOMMENDED BOND: 25,000 PERSONAL SURETY
BOND HEARING HELD - yes (no)  COUNSEL APPOINTED:
BOND SET @: 25,000 PSB  To be cosigned by:

FILED by D.C.
JAN 8 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

- [ ] Do not violate any law.
- [ ] Appear in court as directed.
- [ ] Surrender and / or do not obtain passports / travel documents.
- [x] Rpt to PTS as directed / USPO or ___ x's a week/month by phone; ___ x's a week/month in person. follow all lawful instructions
- [ ] Random urine testing by Pretrial Services. Treatment as deemed necessary.
- [ ] Maintain or seek full - time employment.
- [ ] No contact with victims / witnesses.
- [ ] No firearms.
- [ ] Curfew: ___
- [ ] Travel extended to: ___
- [ ] Halfway House ___

Advised of violations

Bond set final hrg to be set before Judge D.

NEXT COURT APPEARANCE:  DATE:  TIME:  JUDGE:  PLACE:
INQUIRY RE COUNSEL:
PTD/BOND HEARING:
PRELIM/ARRAIGN. OR REMOVAL:
STATUS CONFERENCE:

DATE: 1/8/02  TIME: 11:00  FTL/LSS TAPE # 02- 001  Begin: 3326  End: 3487