UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                    CASE NO.: 00-6154-CR-DIMITROULEAS

JAMES TRAVERS,

                                        Magistrate Judge Bandstra

    Defendant.
_____/

## NOTICE OF CHANGE OF ADDRESS

COMES NOW Philip R. Horowitz, Esquire, counsel of record for the Defendant above named and hereby notices this Court and the parties thereto that his office address has changed effective August 1, 2001 and would further request that all pleadings be amended to reflect the new address as listed below. It should be noted that the telephone number and fax number remain the same.

        LAW OFFICES OF PHILIP R. HOROWITZ
            Suite #1910 - Two Datran Center
            9130 South Dadeland Boulevard
                  Miami, Florida 33156
                    Tel.: (305) 232-1949
                    Fax: (305) 232-1963

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 11th day of January 2002 to: PAUL SCHWARTZ, ESQUIRE, Assistant United States Attorney, 500 E. Broward Boulevard, Suite #700, Ft. Lauderdale, Florida 33301.

Page 1 of 2



Respectfully submitted,

LAW OFFICES OF PHILIP R. HOROWITZ
Attorney for Defendant TRAVERS
Suite #1910 - Two Datran Center
9130 South Dadeland Boulevard
Miami, Florida 33156
Tel.: (305) 232-1949
Fax.: (305) 232-1963

_____
By: PHILIP R. HOROWITZ, ESQUIRE
Florida Bar No.: 466557