UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA



UNITED STATES OF AMERICA

V.                           CASE NO. 00-6154-CR-DIMITROULEAS

JAMES TRAVERS

TYPE OF CASE:            CRIMINAL

TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN **SET** AS FOLLOWS:

PLACE:
299 E. BROWARD BLVD.                COURTROOM 203E
FT. LAUDERDALE, FL 33301            DATE & TIME:
                                    **January 30, 2002 AT 1:00 P.M.**

TYPE OF HEARING:   Final Revocation on Probation Violation/Sentencing

CLARENCE MADDOX,
CLERK OF COURT

BY DEPUTY CLERK

DATE:  January 22, 2002

cc:   Paul Schwartz, AUSA
      Philip Horowitz, Esq.
      Mark Ciolek, USPO

