# CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

FILED by ___ D.C.
JAN 30 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NUMBER: 00-6154-CR-WPD       DATE: January 30, 2002

COURTROOM CLERK: Karen A. Carlton       COURT REPORTER: Bob Ryckoff

PROBATION: _____       INTERPRETER: _____

UNITED STATES OF AMERICA    VS.    James Travers

U.S. ATTORNEY: Paul Schwartz       DEFT. COUNSEL: Philip Horowitz

REASON FOR HEARING: Final Revocation of Probation

RESULT OF HEARING: Violation. Deft admits allegations. Probation is revoked. Deft is committed to custody for a period of 4 months. Deft is to voluntarily surrender to office of US Marshal in Miami on 3/1/02 @ 9:00. Court recommends sent be served in prison camp in Miami.

CASE CONTINUED TO: _____   TIME: _____   FOR: _____

MISC: Deft informed of Right to Appeal.

