UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO. 00-6154-CR-DIMITROULEAS

    Plaintiff,

vs.

JAMES TRAVERS,

    Defendant.
_____/

FILED by _____ D.C.
FEB 26 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## ORDER

THIS CAUSE having come before the Court on Defendant's February 26, 2002 Motion to Amend Surrender Designation [DE-154], and the Court noting that no proposed order, as required by Local Rule 7.1A12 was provided, nevertheless, it is

ORDERED AND ADJUDGED that the Defendant's motion is hereby Granted. Defendant shall surrender on Friday, March 1, 2002 at 9:00 A.M. to the satellite prison camp at FCI - Miami.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 26 day of February, 2002.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Paul Schwartz, AUSA

Philip R. Horowitz, Esquire
9130 South Dadeland Boulevard, #1910
Two Datran Center
Miami, FL 33156

U.S. Marshals Office