UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                              CASE NO.: 00-6154-CR-DIMITROULEAS

JAMES TRAVERS,

                                        Magistrate Judge Bandstra

    Defendant.
_____/

## MOTION TO AMEND SURRENDER DESIGNATION

COMES NOW the Defendant JAMES TRAVERS by and through his undersigned counsel and moves this Court for the entry of an order amending his surrender designation and in support thereof states as follows:

1. On January 30, 2002, the defendant admitted the violation of probation before this court and had his probation revoked. Shortly after his admission of the violation, the defendant was summarily sentenced to four (4) months incarceration which was the lowest end of the applicable guideline range.

2. Also on January 30, 2002, this court memorialized the proceedings in its judgment and commitment order.

3. In the last paragraph the order states that "the defendant is to voluntarily surrender to the *Office of the U.S. Marshal in Miami* at 9:00 a.m. on March 1, 2002".

4. On February 21, 2002, the undersigned spoke with the Office of the U.S. Marshal in Ft. Lauderdale and was advised that the defendant has been designated to the satellite prison camp at the Federal Correction Institute in Miami.

LAW OFFICES OF PHILIP R. HOROWITZ
TWO DATRAN CENTER • SUITE 1910 • 9130 SOUTH DADELAND BOULEVARD • MIAMI, FLORIDA 33156 • (305) 232-1949 • FAX. (305) 232-1963

5. While the defendant does not wish to amend the date or the time for surrender, it is respectfully requested that this Court enter an order permitting him to surrender directly to the institution which has now been designated. This will allow the defendant to avoid any involvement with the Office of the U.S. Marshal or serving any of the four-month sentence at FDC - Miami or having the government incur any additional expense in transferring the defendant to the prison camp.

WHEREFORE, the defendant JAMES TRAVERS respectfully requests that this Court enter an order permitting him to surrender to his designation institution rather than to the Office of the U.S. Marshal.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 26th day of February 2002 to: PAUL SCHWARTZ, ESQUIRE, Assistant United States Attorney, 500 E. Broward Boulevard, Suite #700, Ft. Lauderdale, Florida 33301 and to the OFFICE OF THE U.S. MARSHAL, 299 East Broward Boulevard, 3rd Floor, Ft. Lauderdale, Florida 33301.

LAW OFFICES OF PHILIP R. HOROWITZ
TWO DATRAN CENTER • SUITE 1910 • 9130 SOUTH DADELAND BOULEVARD • MIAMI, FLORIDA 33156 • (305) 232-1949 • FAX: (305) 232-1963

Respectfully submitted,

LAW OFFICES OF PHILIP R. HOROWITZ
Attorney for Defendant TRAVERS
Suite #1910 - Two Datran Center
9130 South Dadeland Boulevard
Miami, Florida 33156
Tel.: (305) 232-1949
Fax.: (305) 232-1963

By: PHILIP R. HOROWITZ, ESQUIRE
Florida Bar No.: 466557

LAW OFFICES OF PHILIP R. HOROWITZ
TWO DATRAN CENTER • SUITE 1910 • 9130 SOUTH DADELAND BOULEVARD • MIAMI, FLORIDA 33156 • (305) 232-1949 • FAX: (305) 232-1963