UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE No. 00-6154-CR-DIMITROULEAS

UNITED STATES OF AMERICA

VS.

JAMES TRAVERS
SS# 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
DOB: 05/07/1949

FILED by D.C.
JAN 30 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

JUDGMENT & COMMITMENT UPON REVOCATION OF PROBATION

CLERK U.S. DIST. CT.
S.D. OF FL - MIAMI

THIS CAUSE came before the Court on the 30th of January, 2002, for final hearing for the revocation of the defendant's Probation.

On the 19th day of December , 2000, this Court sentenced the defendant to a period of supervised probation imposing certain terms and conditions for the defendant to comply with.

It appearing to the court that the defendant has violated the terms and conditions of his Supervised Probation, it is thereupon:

ORDERED AND ADJUDGED that the Supervised Probation heretofore imposed by the Court be and the same is hereby REVOKED.

ORDERED AND ADJUDGED that the defendant is hereby committed to the custody of the Attorney General or his Authorized Representative for a period of 4 Months. The Court recommends that the defendant be designated to the Federal Prison Camp in Miami, Florida.

ORDERED AND ADJUDGED that the defendant is to voluntary surrender to the Office of the U.S. Marshal in Miami, Florida at 9:00 a.m. on March 1, 2002.

657

DONE AND ORDERED at the United States District Court, Fort Lauderdale, Florida this 30th day of January, 2002.

WILLIAM P. DIMITROULEAS
United States District Judge

cc: Paul Schwartz, AUSA
Philip Horowitz, Esq.
U.S. Probation Office
U.S. Marshal (3 certified)

Certified to be a true and correct copy of the document on file
Clarence Maddox, Clerk,
U. S. District Court
Southern District of Florida
By [signature]
Deputy Clerk
Date 1/30/02

(Voluntarily Surrendered)

DEFENDANT DELIVERED ON 03-01-02
TO THE FEDERAL CORRECTIONAL INSTITUTION IN MIAMI, FLORIDA THE INSTITUTION DESIGNATED TO THE BUREAU OF PRISONS WITH A CERTIFIED COPY OF THE WITHIN JUDGMENT AND COMMITMENT.

FOR: ED GONZALEZ WARDEN

BY: J. MASUDA, LIE