UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

    Plaintiff,

vs                            CASE NO. 00-6154-CR-WPD

JAMES TRAVERS,

    Defendant.                    SATISFACTION OF JUDGMENT

_____/

The fine in the amount of $5,000.00 and the special assessment of $100.00 having been paid in full, the Clerk for the Southern District of Florida is hereby authorized and empowered to cancel said judgment of record.

Respectfully Submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

Date: 8-5-02

By: Elizabeth Ruf Stein
Assistant U.S. Attorney

This Instrument Was Prepared By:

Elizabeth Ruf Stein
99 N.E. Fourth Street
Miami, Florida 33132
Tel: (305) 961-9313
Fla. Bar No. 354945

